968

No. 510. SGARLATO *v.* KLEIN. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Morton Liftin* for petitioner. *Solomon A. Klein,* respondent, *pro se.*

No. 515. KAYE *v.* CO-ORDINATING COMMITTEE ON DISCIPLINE OF THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Morton Liftin* for petitioner. *Angelo T. Cometa* for respondents.

No. 511. SIMONS ET AL. *v.* VINSON ET AL. C. A. 5th Cir. Certiorari and other relief denied. *Robert M. Helton* and *Frank Gibson* for petitioners. *James R. Ryan* for Vinson et al., and *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis,* and *Raymond N. Zagone* for Department of the Interior et al., respondents.

No. 412, Misc. CABRERA *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 542, Misc. IN RE RUSSO. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States in opposition.

No. 561, Misc. BUNDY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 577, Misc. WALLACE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.